NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CHRISTOPHER C. HAMBIDGE,**

*Claimant-Appellant*

**v.**

**DOUGLAS A. COLLINS, Secretary of Veterans Affairs,**

*Respondent-Appellee*

---

2024-1670

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 23-2589, Judge Joseph L. Toth, Judge Joseph L. Falvey, Jr., and Judge Grant Jaquith.

---

**ON MOTION**

---

Before LOURIE, PROST, and CHEN, *Circuit Judges.*

PER CURIAM.

**O R D E R**

Christopher C. Hambidge appeals from the United States Court of Appeals for Veterans Claims's denial of his petition to enjoin the Secretary of Veterans Affairs from applying a regulation to him. Mr. Hambidge informs the

court that the Secretary's recent amendment to that regulation gave him "the precise relief he . . . sought," and he therefore moves "to vacate the appealed order in this matter and to remand the case for dismissal because the appeal has become moot."  ECF No. 38 at 6, 17; *see United States v. Munsingwear, Inc.*, 340 U.S. 36, 40 (1950).  The Secretary is unopposed to the relief requested.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  The motion is granted to the extent that the appeal is dismissed, the decision of the Court of Appeals for Veterans Claims is vacated, and the case is remanded with instructions to dismiss.

(2)  Each side shall bear its own costs.

FOR THE COURT

September 25, 2025
            Date

Jarrett B. Perlow
Clerk of Court

ISSUED AS A MANDATE:  September 25, 2025